UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT BERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONOGRAM RESIDENTIAL TRUST, INC., E. ALAN PATTON, MARK T. ALFIERI, DAVID D. FITCH, TAMMY K. JONES, JONATHAN L. KEMPNER, W. BENJAMIN MORELAND, TIMOTHY J. PIRE, GS MONARCH PARENT, LLC, GS MONARCH ACQUISITION, LLC, and GREYSTAR REAL ESTATE PARTNERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:17-cv-02231-GLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Robert Berg ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice as to Plaintiff, and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 22, 2017          LEVI & KORSINSKY, LLP

                                  /s/ Donald J. Enright
                                  Donald J. Enright
                                  LEVI & KORSINSKY, LLP
                                  1101 30th Street, N.W., Suite 115
                                  Washington, D.C. 20007
                                  Telephone:  (202) 524-4292
                                  Facsimile:  (202) 333-2121
                                  Email: denright@zlk.com

APPROVED THIS 28th DAY OF Nov. 2017

George L. Russell III
GEORGE L. RUSSELL, III, U.S.D.J.

1